# United States District Court

### for

## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: James Cauley           Case Number: 3:06CR00160; 3:06CR00161

Name of Judicial Officer: The Honorable William J. Haynes, Jr., Chief U. S. District Judge

Date of Original Sentence: August 28, 2007

Original Offense: 18 U.S.C. §§ 922(g)(1) and 924 - Possession of a Firearm by a Convicted Felon; 21 U.S.C.

§ 841(a)(1) - Possession with Intent to Distribute Cocaine Base and Marijuana

Original Sentence: 113 months' custody in the BOP; 5 years' supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: March 12, 2012

Assistant U.S. Attorney: To be determined        Defense Attorney: Barry R. Tidwell

---

## THE COURT ORDERS:

☑ No Action-Hold in Abeyance *as recommended [signature]*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant

Considered this _2d_ day of _October_,
2012, and made a part of the records in the above case.

_____
Chief U. S. District Judge
William J. Haynes, Jr.

I declare under penalty of perjury that the
foregoing is true and correct. Respectfully
submitted,

_____
Kenneth Parham
Supervisory U.S. Probation Officer

Place: Nashville, Tennessee

Date: September 28, 2012

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation No.**     **Nature of Noncompliance**

**1.**          **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance.**

Mr. Cauley submitted urine screens on August 27, 2012, and September 4, 2012, which tested positive for marijuana. The positive urine screens were confirmed by Alere Laboratory.

## **Compliance with Supervision Conditions and Prior Interventions:**

A probation petition, document number 49, was submitted to Your Honor on July 2, 2012, informing the Court of three possible violations committed by Mr. Cauley. The petition included positive drug screens, and two law violations for assault/offensive or provocative contact and driving on a revoked license. On September 6, 2012, the assault charge was retired. The next court date for the driving on revoked license is November 6, 2012.

Mr. Cauley admitted to smoking marijuana during the time he submitted urine screens on August 27, 2012, and September 4, 2012. He was strongly reprimanded for his actions and informed that this behavior could lead to the revocation of his supervised release.

The offender is still attending outpatient substance abuse counseling at The Guidance Center in Murfreesboro, Tennessee.


## **U.S. Probation Officer Recommendation:**

The probation office is requesting that no action be taken by the Court at this time to allow Mr. Cauley to continue receiving drug treatment and counseling. However, the probation office respectfully recommends that the Court hold the violation in abeyance.

Approved: _____
           Vidette Putman
           Supervisory U.S. Probation Officer